LISA L. GARCIA (SBN 301362)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: lisa.garcia@alston.com

Attorneys for Defendant T-Mobile USA, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARRIE BEETS, et al.,

Plaintiffs,

v.

T-MOBILE USA, INC.,

Defendant.

Case No.: 2:24-cv-09344-MCS-KS

**JOINT STATUS REPORT**

| | |
|---|---|
| Next Joint Status Report: | February 12, 2027 |
| Dept: | Courtroom 7C |
| Judge: | Hon. Mark C. Scarsi |
| Trial Date: | None set |

In its Order granting T-Mobile USA, Inc.'s ("T-Mobile") motion to compel arbitration and staying this action, the Court ordered the Parties to submit a joint status report every 120 days. (ECF No. 38). T-Mobile submitted its last status report on June 17, 2026 (ECF No. 51).

Since the last report, the Parties continue to move forward with the arbitration process before the American Arbitration Association. Specifically, the parties attended a hearing before the process arbitrator on September 18, 2026 to address certain procedural issues raised by the parties. The parties are awaiting an order from the process arbitrator regarding the issues addressed during the hearing.

DATED: October 15, 2026

EVAN MURPHY
**MURPHY ADVOCATES LLC**
MAURICE R. MITTS (PRO HAC VICE)
**MITTS LAW, LLC**
ALEXANDER H. WINNICH
**WINNICK LAW, PC**

*/s/ Evan Murphy*
EVAN MURPHY
Attorneys for Plaintiffs

DATED: October 15, 2026

LISA L. GARCIA
**ALSTON & BIRD LLP**

*/s/ Lisa L. Garcia*
Lisa L. Garcia
Attorneys for Defendant T-Mobile USA, Inc.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 15, 2026

LISA L. GARCIA
**ALSTON & BIRD LLP**

*/s/ Lisa L. Garcia*
Lisa L. Garcia
Attorneys for Defendant T-Mobile USA, Inc.